IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT PIERRE KIDD,

    Plaintiff,

  v.

                                  Case No.  20-cv-1138-jdp

JACQUELINE SCHELLINGER,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Robert P. Kidd's petition for writ of habeas corpus.

| /s/ | 8/13/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |